**Record of Conference and Orders: Vera M. Scanlon, USMJ**        Date: 6/15/2016

Case: Haynes v. City of New York et al

Civ. A. 15 CV 6793 (AMD) (VMS)

**ECF Recording in 504N:**        ☐ Telephone Conference        ☑ In-person Conference

3:08 – 3:36

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☑ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record        _____

☐ Rule 26(a) disclosures, incl. supplements        _____
☐ Document requests to be served                    _____
☐ Interrogatories to be served                      _____
☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer                  ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference        Date: 10/18/16    Time: 2:30pm
   ☑ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held           _____
☐ Fact discovery closes                     _____
☐ Expert disclosures to be served           _____
☐ Initial expert report(s) to be served     _____
☐ Rebuttal expert report(s) to be served    _____
☐ Expert discovery closes                   _____
☐ All discovery closes                      _____
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated          ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed         ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference        Date:        Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: **Haynes**  Civ. A. **15-6793**

Date: **6/15/2016**

**Additional Orders:**

- Counsel will discuss the CCRB production and focus on the closing documents. Counsel will coordinate to make an efficient production.
- Counsel for the City will produce CPI/IAB files in redacted form.

- π Counsel will send the 2 individual Ds with a preservation letter.

- Email (texts) performance evaluations & personnel file need not be produced. Counsel for Ds will need to revisit this issue.

- Counsel will coordinate to identify official witnesses.

- Δ Counsel will inquire as to the existence of an investigatory file and either produce it (if it exists) or provide a privilege log (if it exists).

Page 2 of 2