

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**SHIRA SISKIND**
*Assistant Corporation Counsel*
Tel.: (212) 356-2414
Fax: (212) 356-3509
ssiskind@law.nyc.gov

June 17, 2016

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  <u>Hashim Haynes v. City of New York, et al.</u>
           15 CV 6793 (AMD) (VMS)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I write in furtherance of the Court's discussion with the parties at the status conference that was held on June 15, 2016 regarding the open investigation into the incident that is the subject of this action. I indicated that I would advise the Court by today as to the status of that open investigation, however, my contacts at the NYPD who are looking for this information have not yet been able to provide me with an answer. I will advise the Court as soon as I have information regarding the investigation's status.

Defendant City thanks the Court for its time.

Respectfully submitted,


/s


Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc:     <u>By ECF</u>
        Gabriel Harvis, Esq.
        *Attorney for Plaintiff*