UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

HASHIM HAYNES,

                                      Plaintiff,

             -against-

CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 6793 (AMD) (VMS)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

HARVIS & FETT
305 Broadway, 14th Floor
New York, NY 10007
(212) 323-6880

By: _____
Gabriel Harvis By Baree N. Fett
*Attorney for Plaintiff*

Dated: Jan. 23, 2017

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Torres, and Desormeau*
100 Church Street
New York, New York 10007

By: _____
Shira Siskind
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE